IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

Daniel J. Bergeson and Joette M. Gdovan,
 et al. individuals,

    Plaintiffs,

vs.                              Cause No.:   3:25-cv-000103-PPS-JEM

REV Recreation Group, Inc.,
 a Domestic Profit Corporation,

    Defendant.

**UNOPPOSED MOTION TO SET SCHEDULING CONFERENCE
FOR SETTLEMENT CONFERENCE**

Plaintiffs, Daniel J. Bergeson and Joette M. Gdovan , by counsel, request this Court, unopposed by Defendant, REV Recreation Group, Inc., by counsel, to set this matter for a telephonic scheduling conference for purposes of setting a Settlement Conference with Magistrate Judge John E. Martin.

Dated: May 13, 2025

    Respectfully submitted,
    **LEMON LAW GROUP PARTNERS PLC**
    By: _s/ Sara Brooks_
    Sara Brooks, Esq.
    48 North Emerson Avenue, Suite 400
    Greenwood, Indiana 46143
    Telephone No.: (888) 415-0610
    Facsimile No.: (888) 809-7010
    sarab@lemonlawgrouppartners.com